## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>RAFAEL TARONJI ESCALERA<br><br>Debtor(s) | CASE NO. 15-06540-ESL<br><br>CHAPTER 13 |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO THE HONORABLE COURT:**

    Comes now Banco Popular de Puerto Rico ("BPPR"), through its undersigned counsel and very respectfully states and prays:

    1.    BPPR, a creditor and/or party in interest, has engaged the services of Parra, del Valle & Limeres, to represent it in the instant case.

    2.    BPPR requests that all notices and documents be forwarded to the undersigned's law offices at the following address:

PARRA, DEL VALLE & LIMERES<br>
P. O. Box 331429<br>
Ponce, Puerto Rico  00733-1429<br>
Tel. (787) 848-4900<br>
Fax (787) 848-5005<br>
Email:  bankruptcy@pdvl.com

    WHEREFORE, it is respectfully prayed that this Court takes notice of the above, and that BPPR through the undersigned's law offices be included in the Master Address List.

    I HEREBY CERTIFY that <u>on this same date</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties which have made an electronic appearance in this case.

    Ponce, Puerto Rico, this 2nd day of September, 2015.

                                          PARRA, DEL VALLE & LIMERES<br>
                                          Attorneys for Movant<br>
                                          P. O. Box 331429<br>
                                          Ponce, Puerto Rico  00733-1429<br>
                                          Tel. (787) 848-4900<br>
                                          Fax (787) 848-5005<br>
                                          Email:  bankruptcy@pdvl.com<br>
                                                              jmoreda-usdcpr@pdvl.com

                                          <u>s/José A. Moreda del Valle</u><br>
                                           José A. Moreda del Valle<br>
                                           USDC-PR 229401